GENERAL FIREPROOFING CO. v. EXPANDED METAL CO. et al. (Circuit Court of Appeals, Sixth Circuit. March 18, 1921.) No. 3247. Ap-

peal from the District Court of the United States for the Eastern Division of the Northern District of Ohio: D. C. Westenhaver, Judge. For opinion below, see 247 Fed. 899. Fred L. Chappell, of Kalamazoo, Mich., Charles Neave, of New York City, and Hoyt, Dustin, Kelley, McKeehan & Andrews, of Cleveland, Ohio, for appellant. Fay, Oberlin & Fay, and Price, Alburn, Crum & Alburn, all of Cleveland, Ohio, for appellees.

PER CURIAM. Dismissed, pursuant to stipulation of counsel.